# IN THE SUPREME COURT OF THE STATE OF NEVADA

ZACKERY ALLEN CRABTREE,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 71720

FILED

MAR 24 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

Our review of this appeal revealed a jurisdictional defect. Specifically, it appeared that the notice of appeal was untimely filed. Accordingly, on December 8, 2016, we directed appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction. When appellant's counsel failed to comply with our order, on February 6, 2017, we directed appellant's counsel to file and serve a response within 11 days or face sanctions, including the dismissal of this appeal. *See* NRAP 3C(n).

To date, appellant's counsel has not responded to the order to show cause. Nevertheless, having reviewed the documents filed with the notice of appeal, we conclude that we lack jurisdiction to consider this untimely appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

17-09965

cc:    Hon. Kimberly A. Wanker, District Judge
Mountain West Lawyers
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk
Zackery Allen Crabtree

SUPREME COURT
OF
NEVADA

(O) 1947A